# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| Katheryn Bailey, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 10-cv-01408 |
| Nelson, Watson & Associates, L.L.C.; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 9, 2010

                                                                           Respectfully submitted,

                                                                           By   /s/ Dianne Zarlengo

                                                                           Dianne Zarlengo, Esq.
                                                                           Bar Number: 31385
                                                                           2800 So. University Blvd., Ste. 66
                                                                           Denver, Colorado 80210
                                                                           (303) 748-3513
                                                                           dzlegal@gmail.com
                                                                           Attorneys for Plaintiff

                                                                           Of Counsel To:

                                                                           LEMBERG & ASSOCIATES L.L.C.
                                                                           1100 Summer Street, 3rd Floor
                                                                           Stamford, CT 06905
                                                                           Telephone: (203) 653-2250
                                                                           Facsimile:  (877) 795-3666

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 9, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

        By   /s/ Dianne Zarlengo

        Dianne Zarlengo