# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-cv-01408

Katheryn Bailey,

      Plaintiff/Movant,

Nelson, Watson & Associates, L.L.C.; and
DOES 1-10, inclusive,

      Defendants.

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

---

    Katheryn Bailey ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 1, 2010

                    Respectfully submitted,
                    By   /s/ Dianne Zarlengo          
                    Dianne Zarlengo, Esq.
                    Bar Number: 31385
                    2800 So. University Blvd., Ste. 66
                    Denver, Colorado 80210
                    (303) 748-3513
                    dzlegal@gmail.com
                    Attorneys for Plaintiff

                    Of Counsel To:

                    LEMBERG & ASSOCIATES L.L.C.
                    1100 Summer Street, 3rd Floor
                    Stamford, CT 06905
                    Telephone: (203) 653-2250
                    Facsimile:  (877) 795-3666

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Middle District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Dianne Zarlengo

Dianne Zarlengo